AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Adrian O Parker, | ) | |
|---|---|---|
| *Petitioner* | ) | |
| v. | ) | Civil Action No. 2:20-cv-04183-HMH |
| Warden M Barnes | ) | |
| *Respondent* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Petitioner, Adrian O Parker, shall take nothing of Respondent, Warden M Barnes, as to the petition filed pursuant to 28 U.S.C. § 2241 and the petition is dismissed without prejudice and without issuance and service of process.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Henry M Herlong, Jr, United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Mary Gordon Baker, United States Magistrate Judge.

Date:  February 22, 2021                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                            *s/H.Cornwell*

                                                            *Signature of Clerk or Deputy Clerk*